Hogan
— v —
Frontier Airlines, Inc

19-2144

**JOHN T. FOWLKES, JR.**

Hogan
— v —
Frontier Airlines, Inc.

19-2144

DIANE K. VESCOVO