# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RICKY HOGAN, | ) |
| | ) |
| *Plaintiff*, | ) Case No. 2:19-cv-02144-JTF-dkv |
| | ) |
| v. | ) District Court Judge John T. Fowlkes, Jr. |
| | ) |
| FRONTIER AIRLINES, INC. | ) Magistrate Judge Diane K. Vescovo |
| | ) |
| *Defendant*. | ) |
| | ) |
| | ) |

## FRONTIER AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Frontier Airlines, Inc. ("Frontier"), by its undersigned counsel, submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

1. Frontier Airlines Holdings, Inc. owns 10% or more of Frontier Airlines, Inc.

2. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Date: March 11, 2019

Respectfully submitted,

**FRONTIER AIRLINES, INC.**

BY: ANDERSON, CRAWLEY & BURKE, PLLC
Its Attorneys

By: */s/Timothy D. Crawley*
Timothy D. Crawley / BPR# 035576

ANDERSON CRAWLEY & BURKE, PLLC
ATTORNEYS AND COUNSELORS
Timothy D. Crawley / BPR# 035576
Post Office Box 2540
Ridgeland, MS  39158-2540
Telephone:    (601)707-8790
Facsimile:    (601)707-8801
E-Mail:       TCrawley@ACBLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, I caused the foregoing to be electronically filed with the United States District Court for the Western District of Tennessee, using the CM/ECF System, which sent notification of such filing to the following:

>ATTORNEY FOR PLAINTIFF
>S. SCOTT TAYLOR
>6750 Poplar Avenue, Suite 200
>Memphis, TN 38138

By: */s/Timothy D. Crawley*
Timothy D. Crawley / BPR# 035576

ANDERSON CRAWLEY & BURKE, PLLC
ATTORNEYS AND COUNSELORS
Timothy D. Crawley / BPR# 035576
Post Office Box 2540
Ridgeland, MS  39158-2540
Telephone:     (601)707-8790
Facsimile:      (601)707-8801
E-Mail:          TCrawley@ACBLaw.com