*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*

_____

### NOTICE OF SCHEDULING/ STATUS CONFERENCE
Before Judge John T. Fowlkes, Jr., United States District Judge

_____

**March 12, 2019**

RE:  19-2144

Ricky Hogan  v.  Frontier Airlines, Inc.

Dear Sir/Madam:

A SCHEDULING/STATUS CONFERENCE is set for WEDNESDAY, APRIL 17, 2019, at 9:15 A.M. before Judge John T. Fowlkes, Jr. in Courtroom 3, on the 9th floor of the Federal Building, Memphis, Tennessee.

A JOINT proposed scheduling order in WORD format should be submitted at least 4 days prior to the scheduling conference to the ECF propdocs email address, ECF_Judge_Fowlkes@tnwd.uscourts.gov. Please follow Judge Fowlkes' scheduling guidelines at the website below.  Counsel should be prepared to set case deadlines and discuss case status and all pending motions at the conference. Following the scheduling conference, the approved order will be filed by the Case Manager.

**PLEASE FOLLOW INSTRUCTIONS FOR SCHEDULING ON JUDGE FOWLKES' WEBSITE @https://connection.tnwd.circ6.dcn**

The Court prefers to have counsel present in court for the initial scheduling conference. However, out-of-town counsel may request to participate by telephone. The request must be made in writing (e-mail is preferable - see address below) at least 5 days prior to the  conference. If the request to participate by telephone is granted, counsel may call from a land line 877-848-7030 to dial into the conference. The access code is 9411050.

If you have any questions, please contact the case manager at the telephone number or email  address provided below.

BY: *s/Ross Herrin*, Case Manager
901-495-1331
ross_herrin@tnwd.uscourts.gov