# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE WESTERN DIVISION

| | | |
|---|---|---|
| RICKY HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19-cv-02144-JTF-dkv |
| | ) | |
| v. | ) | District Court Judge |
| | ) | John T. Fowlkes, Jr. |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | Magistrate Judge Diane K. Vescovo |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please be advised that the undersigned enters his appearance as counsel of record herein for Defendant Frontier Airlines, Inc., for the purpose of establishing his association as attorney for said Defendant on the Court's ECF system. Please provide all pleadings, notices or other documents intended for Defendant Frontier Airlines, Inc., to the undersigned.

Respectfully submitted this the 12th day of April, 2019.

ALLEN & NEWMAN, PLLC

s/ Michael K. Radford
Michael K. Radford, BPR No. 012763
Attorney for Defendant
P.O. Box 110099
Nashville, TN 37222
(615) 376-2288, Ext. 1302
(615) 376-2608 (fax)
E-Mail: mradford@allenandnewman.com

2

**CERTIFICATE OF SERVICE**

      A copy of the foregoing document has been served upon the following persons by the Court's electronic filing system:

S. Scott Taylor, Esq.
6750 Poplar Avenue, Suite 200
Memphis, TN 38138
Attorney for Plaintiff

Timothy D. Crawley, Esq.
P.O. Box 2540
Ridgeland, MS 39158-2540
Attorney for Defendant

on this 12th day of April, 2019.

                                                         s/ Michael K. Radford
                                                         Michael K. Radford