UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **RICKY HOGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02144 -JTF-dvk |
| ) | |
| **FRONTIER AIRLINES, INC.,** ) | |
| ) | |
| Defendant. ) | |

**MEDIATION ORDER**

Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are ordered to complete mediation by Friday, July 19th, 2019.  The parties are to have present at the mediation, representatives with full settlement authority.  The parties must file a report with the Court stating (1) the name of their mediator, (2) the date on which the mediation took place, and (3) the results of the mediation.  The parties' mediation report is due on or before Friday, July 19th, 2019.

A Status Conference is set for Friday, August 23rd, 2019 at 9:30 a.m.

**IT IS SO ORDERED** on this 17th day of April 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE