IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RICKY HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19-cv-02144-JTF-dkv |
| | ) | |
| v. | ) | District Court Judge |
| | ) | John T. Fowlkes, Jr. |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | Magistrate Judge Diane K. Vescovo |
| Defendant. | ) | |
| | ) | |

_____

### JOINT STIPULATION OF DISMISSAL
_____

Plaintiff Ricky Hogan ("Plaintiff") and Defendant Frontier Airlines, Inc., ("Defendant") pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims against the Defendant. Defendant is directly reimbursing Plaintiff costs incurred by Plaintiff in the Circuit Court for Shelby County, Tennessee, prior to removal in the amount of $291.50.  Each party shall itself bear all other costs and attorney fees.

THIS the 19th day of JULY, 2019.

RESPECTFULLY SUBMITTED,

_____/s/ Michael K. Radford_____
Michael K. Radford, BPR 012763
PO Box 110099
Nashville, TN  37222
615-376-2288
mradford@allenandnewman.com
*Attorney for Defendant*


_____/s/ S. Scott Taylor_____
S. Scott Taylor, BPR 16929
6750 Poplar Avenue, Suite 200
Memphis, TN 38138
901-755-8075
staylor@dwjlawfirm.com
*Attorney for Plaintiff*


CERTIFICATE OF SERVICE

A copy of the foregoing document has been served upon the following person by the Court's Electronic Filing System.

S. Scott Taylor, Esq.
6750 Poplar Ave., Suite 200
Memphis, TN 38138
Attorney for Plaintiff.

on this 19th day of July, 2019.


_____/s/ Michael K. Radford_____
Michael K. Radford