# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| RICKY HOGAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:19-cv-02144-JTF-dkv |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on July 19, 2019. (ECF No. 15.) The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice. Defendant is directly reimbursing Plaintiff costs incurred by Plaintiff in the Circuit Court for Shelby County, Tennessee, prior to removal in the amount of $291.50. Each party shall itself bear all other costs and attorney fees.

**IT IS SO ORDERED** this 23rd day of July 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge