## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**RICKY HOGAN,**

    **Plaintiff,**

**vs.**                                                                                        **Case No. 2:19-cv-02144-JTF-dkv**

**FRONTIER AIRLINES, INC.,**

    **Defendant.**

## JUDGMENT

**DECISION BY COURT.**  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice entered by this Court on July 23, 2019.  (ECF No. 16.)


**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                   THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                         CLERK
UNITED STATES DISTRICT JUDGE


July 23, 2019                                                                      s/Devon C. Muse
DATE                                                                              (BY)LAW CLERK